19 F.3d 643
 Moretti (Salvatore)
v.
Mayor John Zisa, Hackensack City Council, Diana (George),
Hackensack Board of Adjustment, Farlie (Patricia),
Hackensack Health Department, Carucci (Richard), Hackensack
Fire Department, Morrissey (C.), Hackensack Police
Department, Amoros (Henry), Hackensack Prosecutor,
Hackensack Water Company, Gutterman-Musicant Inc., Gentile (G. Thomas)
 NO. 93-5416
 United States Court of Appeals,
Third Circuit.
 Feb 10, 1994
 
 Appeal From: D.N.J.,
 Ackerman, J.
 
 
 1
 AFFIRMED.